No. 371. ESTATE OF KELLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. J. Smith Christy* and *Ferdinand T. Weil* for petitioners. *Solicitor General Biddle* for respondent.

No. 255. RODDEWIG, CHAIRMAN, ET AL. *v.* SEARS, ROEBUCK & Co.; and

No. 256. SAME *v.* MONTGOMERY WARD & Co., INC. October 14, 1940. Petition for writs of certiorari to the Supreme Court of Iowa granted. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. John M. Rankin,* Attorney General of Iowa, and *John E. Mulroney,* Assistant Attorney General, for petitioners. *Messrs. Charles Lederer, Joseph G. Gamble,* and *Ralph L. Read* for respondent in No. 255. *Messrs. Stuart S. Ball* and *Maxwell A. O'Brien* for respondent in No. 256. Reported below: 228 Iowa 1273, 1301; 292 N. W. 130, 142.

No. 205. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* EUBANK. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Messrs. Harry J. Rudick* and *John W. Drye, Jr.* for respondent.